# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 15-04252-ESL |
| NITZA I ESTERAS CAMACHO | CHAPTER 13 |
| DEBTOR(S) | |

## MOTION IN REQUEST FOR THE ENTRY OF ORDER OF DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.,** Movant herein, through the undersigned attorney and very respectfully Alleges and Prays:

1. On **April 8, 2016** Movant filed a motion requesting dismissal of the case due to the fact that debtor was in arrears with plan payments.

2. Debtor(s) has(have) failed to cure the arrears with the Trustee nor file a timely answer.

**WHEREFORE,** Movant respectfully prays that this Court enter an order dismissing the instant case.

### CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **JOSE R. CARRION**, Trustee and **ROBERTO FIGUEROA CARRASQUILLO,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **NITZA I ESTERAS CAMACHO**, **HC 15 BOX 16041 HUMACAO, PR 00791** and all non CM/ECF participants interested parties to their address of record.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico this 27th day of MAY, 2016.

/S/ CARLOS E. PEREZ PASTRANA
**USDC-208913**
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
Tel: TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

QURMTDIF._10G.RDF
v 02-MAY-2016